**M. L. RAMAGE et al., Movants, v. SALEM BANK, Opposed.**

Court of Appeals of Kentucky.

March 25, 1941.

J. R. Wells for movant.

Charles Ferguson, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.